1

District Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   UNITED STATES OF AMERICA,          )
                                        )   No.  MC10-5026-BHS-KLS
11                   Petitioner,        )
                                        )
12            v.                        )
                                        )   ORDER REQUIRING RESPONDENT
13   MARIA DEKOKER,                     )   TO SHOW CAUSE REGARDING
                                        )   CONTEMPT OF COURT
14                   Respondent.        )
     _____)

15

16        Upon petition of the United States, and good cause appearing, now therefore,

17        IT IS HEREBY ORDERED that the respondent, Maria DeKoker, shall appear

18   before this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom  F ,**

19   Tacoma, Washington, on **April 27, 2011, at 10:00 a.m.**, and show cause, if any she has,

20   why she should not be held in contempt of this Court for failure to appear, testify, and

21   produce books, papers, records, and other data, as directed in the Order of Enforcement of

22   Summons entered in this case on January 6, 2011.

23        **RESPONDENT, MARIA DEKOKER, IS HEREBY NOTIFIED THAT IF**

24   **SHE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A**

25   **BENCH WARRANT SHALL BE ISSUED FOR HER ARREST FOR CONTEMPT**

26   **OF COURT**.

27

28        The United States Marshal shall serve a copy of the Petition for Order to Show

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 1
(MC10-5026-BHS-KLS)

1  Cause Regarding Contempt of Court and this Order to Show Cause Regarding Contempt

2  of Court upon the respondent, Maria DeKoker, and file with the Clerk an appropriate

3  return.

4          DATED this 30th day of March, 2011.

5

6

7

8

9                                              Karen L. Strombom
                                               United States Magistrate Judge
10

11

12  Presented by:

13

14

   /s/ *Robert P. Brouillard*
15  ROBERT P. BROUILLARD, WSBA# 19786
   Assistant United States Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REQUIRING RESPONDENT TO SHOW CAUSE                    UNITED STATES ATTORNEY
REGARDING CONTEMPT OF COURT - 2                            700 STEWART STREET, SUITE 5220
(MC10-5026-BHS-KLS)                                        SEATTLE, WASHINGTON 98101-1271
                                                           (206) 553-7970