IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MC10-5025-BHS-KLS |
| Petitioner, | ) | |
| v. | ) | |
| JAMES DeKOKER, | ) | |
| Respondent. | ) | |
| UNITED STATES OF AMERICA, | ) | No. MC10-5026-BHS-KLS |
| Petitioner, | ) | |
| v. | ) | |
| MARIA DeKOKER, | ) | |
| Respondent. | ) | |
| UNITED STATES OF AMERICA, | ) | No. MC10-5027-BHS-KLS |
| Petitioner, | ) | |
| v. | ) | |
| JAMES DeKOKER, as President of COUNTRY TRACTOR & GARDEN, Inc., | ) | ORDER GRANTING UNITED STATES' MOTION FOR EVIDENTIARY HEARING REGARDING CONTEMPT OF COURT |
| Respondent. | ) | |

This matter having come before the Court upon the United States' Motion for Evidentiary Hearing; and the Court having reviewed the pleadings and materials in this case,

ORDER GRANTING UNITED STATES' MOTION
FOR EVIDENTIARY HEARING RE: CONTEMPT OF COURT - 1
(Nos. MC10-5025-BHS-KLS/MC10-5025-BHS-KLS/
MC10-5025-BHS-KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS HEREBY ORDERED that an evidentiary hearing be held on October 31, 2011, at 1:30 pm, before Judge Benjamin H. Settle in Courtroom E for the purpose of determining whether Respondents have complied with the Orders of Enforcement of Summonses entered in the above-captioned matters on January 6, 2011, and/or whether Respondents are in contempt of this Court for failure to so comply.

DATED this 18th day of October, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

JENNY A. DURKAN
United States Attorney


 s/ *Robert P. Brouillard*
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
phone:  206-553-7970
fax:      206-553-4067
email: Robert.Brouillard@usdoj.gov

ORDER GRANTING UNITED STATES' MOTION
FOR EVIDENTIARY HEARING RE: CONTEMPT OF COURT - 2
(Nos. MC10-5025-BHS-KLS/MC10-5025-BHS-KLS/
MC10-5025-BHS-KLS)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970