Judge Benjamin H. Settle
Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 10-MC-5026-BHS-KLS |
| Petitioner, ) | |
| v. ) | ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |
| MARIA DeKOKER, ) | |
| Respondent. ) | |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the premises; now, therefore, it is hereby

//

//

//

ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS - 1
(10-MC-5026-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

      ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is DISMISSED.

      DATED this 4th day of October, 2012.

*signature*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

JENNY A. DURKAN
United States Attorney

 */s/ Robert P. Brouillard*
ROBERT P. BROUILLARD, WSBA# 19786
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone No: (206) 553-7970
Fax No: (206) 553-4067
E-mail:   robert.brouillard@usdoj.gov

ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS - 2
(10-MC-5026-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970